JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
Kennedy F. Jones
**County of Residence:** Jackson County

Additional Plaintiff(s):
Stephen J. Vogel

**Defendant(s):**
First Listed Defendant:
City of Kansas City, Missouri
**County of Residence:** Jackson County

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Robert W. Tormohlen (Kennedy F. Jones and Stephen J. Vogel)
Lewis Rice LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
**Phone:** (816) 421-2500
**Fax:** (816) 472-2500
**Email:** rwtormohlen@lewisricekc.com

Douglas S. Stone (Kennedy F. Jones and Stephen J. Vogel)
Lewis Rice LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
**Phone:** (816) 421-2500
**Fax:** (816) 472-2500
**Email:** dstone@lewisricekc.com

Scott A. Wissel (Kennedy F. Jones and Stephen J. Vogel)
Lewis Rice LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
**Phone:** (816) 421-2500
**Fax:** (816) 472-2500
**Email:** sawissel@lewisricekc.com

Ashlyn Buck Lewis (Kennedy F. Jones and Stephen J. Vogel)
Lewis Rice LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
**Phone:** (816) 421-2500
**Fax:** (816) 472-2500
**Email:** alewis@lewisricekc.com

Kevin J. Karpin (Kennedy F. Jones and Stephen J. Vogel)
Seyferth Blumenthal & Harris LLC
4801 Main Street, Suite 310
Kansas City, Missouri 64112
**Phone:** (816) 756-0700
**Fax:** (816) 756-3700
**Email:** kevin@sbhlaw.com

Bruce A. Moothart (Kennedy F. Jones and Stephen J. Vogel)
Seyferth Blumenthal & Harris LLC
4801 Main Street, Suite 310
Kansas City, Missouri 64112
**Phone:** (816) 756-0700
**Fax:** (816) 756-3700
**Email:** bruce@sbhlaw.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights
**Cause of Action:** 28 USC 2201 & 2202 - Declaratory Judgment; 42 USC 1983 - Civil Rights Violation (Fourth Amendment)
**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** Preliminary and Permanent Injunction
    **Jury Demand:** No
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Robert W. Tormohlen

**Date:** 10/04/2024

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.