Sec. 34-859. - Revocation.

  (a)  After notifying the permit holder of an opportunity for a hearing, the director may revoke a permit if:

    (1)  Serious and repeated violation(s) of any requirement of the article or regulations have occurred;

    (2)  A suspension has been in effect longer than 90 days;

    (3)  There has been an assault upon or repeated interference with a representative of the director in the performance of his or her duty; or

    (4)  Permit holder fails to comply with a permit suspension order.

  (b)  Any person whose rental property permit has been revoked by the director, after a period of six months, may make written application for a new permit and the director may request a conference to determine whether a new permit will be issued;

(Ord. No. 180248, § 5, 5-14-18)



EXHIBIT 5