Sec. 34-832. - Rental permit required.

(a) A person may not offer for rent a rental unit without a valid rental permit issued by the director for the rental property of which the rental unit is a part. All owners now or hereafter owning, operating or managing a residential rental property, shall obtain a rental permit for each rental property from the director. The director shall issue the permit only after the applicant has submitted the application in its entirety with required documentation.

(b) Provisions of this article do not apply to housing units that are only rented for periods of less than 30 consecutive days.

(c) Rental permits and associated fees are non-transferable with any changes in ownership or management

(Ord. No. 180248, § 5, 5-14-18; Ord. No. 190597, § 1, 8-15-19)

