Sec. 34-848.1. - Prohibitions.

(a) No owner shall commit any act of housing discrimination, as described in section 38-105 of this code.

(b) For all residential leases and rental agreements first entered into after the effective date of this ordinance, no owner shall require a security deposit or any deposit of money or property, however denominated, which is furnished by a tenant to a property owner to secure the performance of any part of the rental agreement, including damages to a unit, that exceeds the amount of two months' rent charged to the tenant for that residential unit. Such payment shall only be charged once.

(c) An owner shall not enter the tenant's premises unless:

   (1) the tenant gives written consent; or

   (2) during reasonable hours, after giving notice to the tenant not less than 24 hours in advance and attempting to coordinate with the tenant to schedule a mutually acceptable time. Such notice shall specify the date and time of intended entry, the identity of the person or persons to enter, and the reason therefore.

The owner shall enter the premises only in order to inspect the premises, make necessary or agreed repairs, decorations, alterations or improvements, supply necessary or agreed services, or exhibit the dwelling unit to prospective or actual purchasers, mortgagees, tenants, workers or contractors; except that the owner may enter the dwelling unit without notice to the tenant in case of an extreme hazard involving the potential loss of life, property damage, ongoing criminal activity or in the case of tenant abandonment as determined by state law. The owner shall not abuse the right of access or use it to harass the tenant.

(d) No owner shall refuse to accept and acknowledge receipt of a tenant's lawful rent payment.

(e) No owner shall harass a tenant, as defined in section 50-159.

(f) No owner shall violate Chapters 441, 534 or 535 RSMo.

(Ord. No. 190935, § 2, 12-12-19)

EXHIBIT 7