Sec. 34-863. - Violations generally; penalty; failure to obtain permit or renew.

  (a) Any person violating any provision of this article, the rules and regulations of the director, or the conditions and requirements contained in the permit, as any or all of such provisions, rules, regulations, conditions or requirements may be amended, shall be deemed guilty of an ordinance violation, and upon conviction thereof shall be punished as provided in section 34-864. Such violations apply to actions or inactions taken by the owner, permit holder, their agents, designees or employees.

  (b) Failure of any person to obtain a permit or keep the permit in force and effect by proper renewal thereof, where a permit is required, shall constitute a violation of this article.

(Ord. No. 180248, § 5, 5-14-18; Ord. No. 190935, § 2, 12-12-19)

Sec. 34-864. - Authorities; penalties.

  (a) Notwithstanding any other enforcement actions pursuant to this article, the director may seek to enforce the provisions of this article by instituting proceedings against the permit holder or other persons who violate its provisions.

  (b) Any person convicted of a violation of any provision of this chapter shall be punished for that violation by a fine of not more than $1,000.00, or by imprisonment of not more than 180 days, or by both such fine and imprisonment. Each day on which a violation occurs is a separate violation.

(Ord. No. 180248, § 5, 5-14-18)

**EXHIBIT 8**