IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

KENNEDY F. JONES, et al., )
    Plaintiffs, )
     )
v. ) Case No. _____
     )
CITY OF KANSAS CITY, MISSOURI,)
    Defendant. )

## AFFIDAVIT OF STEPHEN J. VOGEL

I, Stephen J. Vogel, being first duly sworn, depose and state as follows:

1. I am over the age of eighteen and am competent to give this affidavit, which is based upon my personal knowledge and information provided to me and documents reviewed by me.

2. I am an engineer with a background in telecommunications equipment. I have been in the residential rental property business since 2011.

3. I currently own three residential rental units within the limits of the City of Kansas City, Missouri (the "City") through my single-member limited liability companies, 2012 LLC and 2013 LLC.

4. I am familiar with the federal housing choice vouchers authorized by Section 8 of the Housing Act of 1937 (the "Section 8" program).

5. I have never accepted Section 8 vouchers at any of my rental units.

1

EXHIBIT 10

6. When I began renting residential units, I looked into Section 8 program requirements. I elected not to participate in the Section 8 program due in part to the burdens imposed by Section 8 requirements, including the burden imposed by complying with inspections required by the U.S. Department of Housing and Urban Development ("HUD") and the local public housing authority ("PHA").

7. At the time I elected not to accept Section 8 vouchers, I understood that landlord participation in the Section 8 program was voluntary.

8. I understand that landlord participation in the Section 8 program remains voluntary under federal law.

9. I am also familiar with Committee Substitute for Ordinance No. 231019, as amended (the "Ordinance"), which was passed by City Council on January 25, 2024, and went into effect on August 1, 2024.

10. I understand that the Ordinance prohibits source-of-income discrimination in part by making it illegal for a landlord to decline to rent to a Section 8 voucher-holder because they are a Section 8 voucher-holder. I further understand the Ordinance contains no exception for landlords who would otherwise choose not to participate in the Section 8 program.

2

EXHIBIT 10

11. I understand that the Ordinance prescribes penalties for landlords who are found to be in violation of its source-of-income discrimination provisions, including the imposition of fines, fees, and costs, and the potential suspension or revocation of the landlord's rental permits.

12. I understand that by requiring landlords to either accept Section 8 vouchers for their residential rental units within City limits or risk being found in violation of the Ordinance and subject to its penalties, the effect of the Ordinance is to make landlord participation in the Section 8 program mandatory.

13. If I am compelled to participate in the Section 8 program, I understand that for each unit I rent to a Section 8 voucher-holder, I will be required to enter into a separate Housing Assistance Payments ("HAP") contract with the PHA administering the Section 8 program. I understand that HAP contracts are mandatory, non-negotiable, and must be word-for-word in the form prescribed by HUD.

14. I understand that the HAP contract form that is currently in effect contains a number of provisions that would require me to grant the PHA and/or HUD access to my premises, records, and information, without requiring that the governmental entity first obtain either additional consent from me or a duly-issued warrant. I understand that these HAP contract provisions would constitute a waiver of

3

EXHIBIT 10

my rights under the Fourth Amendment to the United States Constitution to be free from unreasonable searches and seizures.

15. I do not consent to waiving my Fourth Amendment rights, as I believe would be required under a HAP contract.

16. Due to my concern that participation in the Section 8 program would require me to waive my Fourth Amendment rights, in addition to other burdensome Section 8 requirements, I intend to continue declining to participate in the Section 8 program notwithstanding the enactment of the Ordinance.

17. Because I do not intend to accept Section 8 vouchers, participate in the Section 8 program, or sign any HAP contracts, I reasonably fear that the City will take action against me under the Ordinance, including imposing the penalties prescribed by the Ordinance.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Stephen J. Vogel

ACKNOWLEDGMENT

STATE OF __Missouri__ )
) ss.
COUNTY OF __Jackson__ )

4

EXHIBIT 10

Subscribed and sworn to before me, a Notary Public, this \_\_28th\_\_ day of \_\_August\_\_, 2024.

Notary Public

LISA DEMEO
Notary Public - Notary Seal
Jackson County - State of Missouri
Commission Number 15994553
My Commission Expires May 1, 2027

My Commission Expires:

5.1.2027

EXHIBIT 10