IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KENNEDY F. JONES, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00649-RK |
| | ) | |
| CITY OF KANSAS CITY, MISSOURI, | ) | |
| Defendant. | ) | |

## JOINT MOTION TO STAY

Plaintiffs Kennedy F. Jones and Stephen J. Vogel and Defendant City of Kansas City, Missouri, by and through their respective attorneys, jointly move the Court to vacate the deadlines set in the scheduling order filed December 9, 2024, as well as the mediation deadlines set by the MAP director, and to stay this action pending further order of this Court.

In support, the parties state that they have engaged in productive settlement discussions, but that any settlement agreement will likely require a reformation of the Ordinance at issue, which would be subject to a legislative process. The parties further state that legislation is currently pending before the Missouri General Assembly which may impact the enforceability of the Ordinance and the continued justiciability of this action.

WHEREFORE, the parties respectfully request this Court vacate all pending deadlines and stay this action pending further order of the Court, and for any other relief as this Court deems just and proper.

1

Respectfully submitted,

| LEWIS RICE LLC | OFFICE OF THE CITY ATTORNEY |
|---|---|
| By: /s/ Ashlyn Lewis<br>Robert W. Tormohlen, Mo. #40024<br>Douglas S. Stone, Mo. #45320<br>Scott A. Wissel, Mo. #49085<br>Ashlyn Buck Lewis, Mo. #65501<br>1010 Walnut, Suite 500<br>Kansas City, Missouri 64106<br>Tel:  (816) 421-2500<br>Fax:  (816) 472-2500<br>rwtormohlen@lewisricekc.com<br>dstone@lewisricekc.com<br>sawissel@lewisricekc.com<br>alewis@lewisricekc.com | By: /s/ Tara Kelly<br>Tara M. Kelly, Mo. #64624<br>Jason C. Conkright, Mo. #58295<br>414 E 12th Street, 23rd Floor<br>Kansas City, Missouri 64106<br>Tel:  (816) 513-3127<br>Fax:  (816) 513-2716<br>tara.kelly@kcmo.org<br>jason.conkright@kcmo.org<br><br>*Attorneys for Defendant* |

*and*

**SEYFERTH BLUMENTHAL**
  **& HARRIS LLC**

Kevin J. Karpin, Mo. #45465
Bruce A. Moothart, Mo. #45517
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Tel:  (816) 756-0700
Fax:  (816) 756-3700
kevin@sbhlaw.com
bruce@sbhlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ Ashlyn Lewis
*Attorney for Plaintiffs*