IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KENNEDY F. JONES, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00649-RK |
| | ) | |
| CITY OF KANSAS CITY, MISSOURI, | ) | |
|     Defendant. | ) | |

## STATUS REPORT

In accordance with the Court's order entered May 30, 2025, Plaintiffs Kennedy F. Jones and Stephen J. Vogel offer the following status report on the continued need for a stay and other developments in this case:

On May 7, 2025, the Missouri General Assembly truly agreed to and finally passed Conference Committee Substitute for Senate Substitute for House Committee Substitute for House Bill Nos. 595 and 343 (the "Legislation"). On July 14, 2025, the Legislation was approved by the Governor and delivered to the Secretary of State. Plaintiffs anticipate that the Legislation will become effective on or about August 28, 2025. When the Legislation becomes effective, Plaintiffs anticipate that new section 441.043.2, R.S.Mo., will likely preempt the Ordinance and prohibit the City from maintaining or enforcing those portions of the Ordinance that Plaintiffs have challenged in this suit as unconstitutional.

Additionally, on June 26, 2025, the City adopted Committee Substitute for Ordinance No. 250491 (the "Revised Ordinance"). A true and correct copy of the Revised Ordinance is attached as **Exhibit** 1. Among other things, the Revised Ordinance removed the federal housing choice vouchers authorized by Section 8 of the Housing Act of 1937 from the

1

definition of "source of income" under **§** 38-1 of the City's Code of Ordinances. The Revised Ordinance became effective on or about July 6, 2025.

The parties are in the process of finalizing a settlement agreement between them. Pending the Legislation becoming effective and/or finalization of a settlement agreement, the parties agree that the Court's preliminary injunction entered February 11, 2025, should remain in place, and that a continuation of the stay of proceedings in this matter is appropriate.

WHEREFORE, Plaintiffs respectfully request that this action remain stayed pending further order of the Court, and for any other relief as this Court deems just and proper.

Respectfully submitted,

**LEWIS RICE LLC**

By: <u>/s/ Ashlyn Lewis</u>
Robert W. Tormohlen, Mo. #40024
Douglas S. Stone, Mo. #45320
Scott A. Wissel, Mo. #49085
Ashlyn Buck Lewis, Mo. #65501
1010 Walnut, Suite 500
Kansas City, Missouri 64106
Tel: (816) 421-2500
Fax: (816) 472-2500
rwtormohlen@lewisricekc.com
dstone@lewisricekc.com
sawissel@lewisricekc.com
alewis@lewisricekc.com

*and*

**SEYFERTH BLUMENTHAL & HARRIS LLC**

Kevin J. Karpin, Mo. #45465
Bruce A. Moothart, Mo. #45517
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Tel: (816) 756-0700
Fax: (816) 756-3700
kevin@sbhlaw.com
bruce@sbhlaw.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

<u>/s/ Ashlyn Lewis</u>
*Attorney for Plaintiffs*