# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KENNEDY F. JONES, *et al.*, )<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF KANSAS CITY, MISSOURI, )<br>  Defendant. ) | Case No. 4:24-cv-00649-RK |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Kennedy F. Jones and Stephen J. Vogel and Defendant City of Kansas City, Missouri, hereby jointly stipulate to the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii) on the basis of mootness. The parties believe that the challenged ordinance, Committee Substitute for Ordinance No. 231019, has been preempted by § 441.043.2, R.S.Mo., which went into effect on or about August 28, 2025. By entering this stipulation, the parties make no other stipulations or representations regarding the merits of their respective positions raised in this litigation.

WHEREFORE, the parties respectfully request that the Court dismiss this action in accordance with the parties' joint stipulation, and for any other relief as the Court deems just and proper.

1

Respectfully submitted,

| | |
|---|---|
| **LEWIS RICE LLC** | **OFFICE OF THE CITY ATTORNEY** |

By: /s/ Ashlyn Lewis
Robert W. Tormohlen, Mo. #40024
Douglas S. Stone, Mo. #45320
Scott A. Wissel, Mo. #49085
Ashlyn Buck Lewis, Mo. #65501
1010 Walnut, Suite 500
Kansas City, Missouri 64106
Tel:  (816) 421-2500
Fax:  (816) 472-2500
rwtormohlen@lewisricekc.com
dstone@lewisricekc.com
sawissel@lewisricekc.com
alewis@lewisricekc.com

By: /s/ Tara M. Kelly
Tara M. Kelly, Mo. #64624
Jason C. Conkright, Mo. #58295
414 E 12th Street, 23rd Floor
Kansas City, Missouri 64106
Tel:  (816) 513-3127
Fax:  (816) 513-2716
tara.kelly@kcmo.org
jason.conkright@kcmo.org

*Attorneys for Defendant*

*and*

**SEYFERTH BLUMENTHAL
   & HARRIS LLC**

Kevin J. Karpin, Mo. #45465
Bruce A. Moothart, Mo. #45517
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Tel:  (816) 756-0700
Fax:  (816) 756-3700
kevin@sbhlaw.com
bruce@sbhlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

/s/ Ashlyn Lewis
*Attorney for Plaintiffs*